IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:97-CR-35-2H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| WILLIAM EARL WILLIAMS, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se motion for early termination of his supervised release. The court has carefully considered the motion and the conduct of defendant while on supervised release. Being satisfied that termination is warranted by the conduct of the defendant and the interest of justice, the court hereby grants the motion and terminates said term of supervised release and discharges the defendants from supervision.

This 2nd day of April 2019.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26